This memorandum opinion was not selected for publication in the New Mexico Appellate Reports. Please see Rule 12-405 NMRA for restrictions on the citation of unpublished memorandum opinions. Please also note that this electronic memorandum opinion may contain computer-generated errors or other deviations from the official paper version filed by the Court of Appeals and does not include the filing date.

# IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

**STATE OF NEW MEXICO,**

Plaintiff-Appellee,

v.                                                                    **NO. 35,747**

**CARLOS VELAZQUEZ,**

Defendant-Appellant.

**APPEAL FROM THE DISTRICT COURT OF DOÑA ANA COUNTY**
**Fernando R. Macias, District Judge**

Hector H. Balderas, Attorney General
Santa Fe, NM
Elizabeth Ashton, Assistant Attorney General
Albuquerque, NM

for Appellee

Bennett J. Baur, Chief Public Defender
Kathleen T. Baldridge, Assistant Appellate Defender
Santa Fe, NM

for Appellant

## MEMORANDUM OPINION

**VANZI, Chief Judge.**

{1}     Carlos Velazquez (Defendant) appeals from his conviction for criminal damage

to the property of a household member under $1000. On appeal, Defendant argues that the district court erred in denying his motion for directed verdict. This Court issued a notice of proposed disposition, proposing to affirm Defendant's conviction. Defendant filed a memorandum in opposition in response to this Court's proposed affirmance. This Court then issued a second notice of proposed disposition, proposing to reverse. Specifically, we noted that it appeared Defendant was charged with criminal damage to the property of a household member, pursuant to NMSA 1978, Section 30-3-18 (2009), but no evidence establishing that the property belonged to a household member was introduced and no instruction requiring the jury to determine whether the property belonged to a household member was given. In response the State has filed a notice of its intent not to file a memorandum in opposition to our second notice of proposed disposition.

{2}     Accordingly, we rely on the reasoning contained in our second notice of proposed disposition and reverse Defendant's conviction.

{3}     **IT IS SO ORDERED.**

_____
**LINDA M. VANZI, Chief Judge**

**WE CONCUR:**

_____
**TIMOTHY L. GARCIA, Judge**

2

_____

**JULIE J. VARGAS, Judge**